646

petitioners. *Mr. Hermon J. Wells* for respondents.

No. 674. UNITED STATES *v.* APPALACHIAN ELECTRIC POWER Co. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Solicitor General Biddle* and *Mr. David W. Robinson, Jr.* for the United States. *Messrs. Raymond T. Jackson, A. Henry Mosle, Hugo Kohlmann,* and *John L. Abbot* for respondent.

No. 634. CANTY *v.* ALABAMA. See *ante,* p. 629.

No. 664. AMERICAN MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. See *ante,* p. 629.

No. 681. RAILROAD COMMISSION OF TEXAS ET AL. *v.* ROWAN & NICHOLS OIL Co. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Gerald C. Mann,* Attorney General of Texas, and *W. F. Moore,* First Assistant Attorney General, for petitioners. *Messrs. Dan Moody* and *Rice M. Tilley* for respondent.

No. 87. WHITE *v.* TEXAS. See *ante,* p. 631.

No. 698. FRAME *v.* HUDSPETH, WARDEN. See *ante,* p. 632.